NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROVISUR TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**WEBER, INC.,**
*Appellee*

---

2021-1883, 2021-1884

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-01464, IPR2019-01465.

---

## JUDGMENT

---

CRAIG C. MARTIN, Willkie Farr & Gallagher LLP, Chicago, IL, argued for appellant. Also represented by MICHAEL BABBITT, REN-HOW HARN, SARA TONNIES HORTON.

RALPH WILSON POWERS, III, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by DONALD BANOWIT, ANNA G. PHILLIPS, JON WRIGHT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 5, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |